FILED

2014 JUL 25 PM 3:53

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

CASE UNSEALED PER ORDER OF COURT

SEALED

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

September 2013 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>MIGUEL IRAM QUIROZ-PEREZ (1),<br>   aka "Mike,"<br>ROMULO VASQUEZ-MATLALA (2),<br>ARIZBE ZULAHY SOTO (3),<br>OMAR SICAIROS (4),<br>   aka "Lee,"<br>EDDIC LARA-REYES (5),<br>ISRAEL JOEL LARA (6),<br>   aka "Pariente,"<br>FRANCISCO GONZALEZ (7),<br>MIGUEL TORRES (8),<br>JONATHAN MAGANA (9),<br>CRISTINA FLORES (10),<br>GUILLERMO CASTELAN-MORENO (11),<br>NICOLAS SAWYER (12),<br>PAUL OWENS (13),<br>RYAN COOPER WHEELER (14),<br><br>                    Defendants. | Case No. __14CR2130DMS__<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C.,<br>Secs. 841(a)(1) and 846 -<br>Conspiracy to Distribute<br>Methamphetamine; Title 21,<br>U.S.C., Sec. 853 - Criminal<br>Forfeiture |

The grand jury charges:

Beginning at a date unknown and continuing up to and including July 25, 2014, within the Southern District of California, and elsewhere, defendants MIGUEL IRAM QUIROZ-PEREZ, aka "Mike," ROMULO VASQUEZ-MATLALA, ARIZBE ZULAHY SOTO, OMAR SICAIROS, aka "Lee," EDDIC LARA-REYES, ISRAEL JOEL LARA, aka "Pariente," FRANCISCO GONZALEZ,

ALB:nlv:San Diego
7/23/14

1

MIGUEL TORRES, JONATHAN MAGANA, CRISTINA FLORES, GUILLERMO CASTELAN-MORENO, NICOLAS SAWYER, PAUL OWENS and RYAN COOPER WHEELER did knowingly and intentionally conspire with each other, and with other persons known and unknown to the grand jury, to distribute methamphetamine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

It is further alleged that with respect to defendants MIGUEL IRAM QUIROZ-PEREZ, aka "Mike," ROMULO VASQUEZ-MATLALA, ARIZBE ZULAHY SOTO, OMAR SICAIROS, aka "Lee," EDDIC LARA-REYES, ISRAEL JOEL LARA, aka "Pariente," FRANCISCO GONZALEZ, MIGUEL TORRES, JONATHAN MAGANA, CRISTINA FLORES, GUILLERMO CASTELAN-MORENO, PAUL OWENS and RYAN COOPER WHEELER the controlled substances involved in the conspiracy attributable to the defendants as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, are 50 grams and more of methamphetamine or 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

It is further alleged that with respect to defendant NICOLAS SAWYER the controlled substances involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 grams and more of methamphetamine.

## FORFEITURE ALLEGATIONS

1. The allegations contained in this Indictment are realleged and by reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

//

2.  As a result of the commission of the felony offense alleged in this Indictment, said violations being punishable by imprisonment for more than one year and pursuant to Title 21, United States Code, Sections 853(a)(1) and 853(a)(2), defendants MIGUEL IRAM QUIROZ-PEREZ, aka "Mike," ROMULO VASQUEZ-MATLALA, ARIZBE ZULAHY SOTO, OMAR SICAIROS, aka "Lee," EDDIC LARA-REYES, ISRAEL JOEL LARA, aka "Pariente," FRANCISCO GONZALEZ, MIGUEL TORRES, JONATHAN MAGANA, CRISTINA FLORES, GUILLERMO CASTELAN-MORENO, NICOLAS SAWYER, PAUL OWENS and RYAN COOPER WHEELER shall, upon conviction, forfeit to the United States all his rights, title and interest in any and all property constituting, or derived from, any proceeds any defendant obtained, directly or indirectly, as the result of the felony offense alleged in this Indictment, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violation alleged in this indictment.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the defendants:
    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be subdivided without difficulty;

//
//
//

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the said property listed above as being subject to forfeiture.

All in violation of Title 21, United States Code, Section 853.

DATED: July 25, 2014.

A TRUE BILL:

_____
Foreperson

LAURA E. DUFFY
United States Attorney

By: _____
ADAM L. BRAVERMAN
Assistant U.S. Attorney