UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  14CR2130DMS |
|---|---|
| Plaintiff, | |
| v. | **NOTICE OF RELATED CASE** |
| MIGUEL IRAM QUIROZ-PEREZ, et al., aka "Mike," | CASE UNSEALED PER ORDER OF COURT SEALED |
| Defendants. | |

TO THE CLERK OF THE COURT:

Please take notice that the above entitled case is related to <u>United States of America v. Serafin, aka "Sera" ~~Zambada-Ortiz,~~</u> Case No. 13-CR-3575-DMS, pursuant to Local Rule 57.2.1, Related Cases. The United States Attorney certifies the cases are related for the following reason(s):

___ (1) More than one indictment or information is filed or pending against the same defendant or defendants.

_X_ (2) Prosecution against different defendants arises from;
  _X_ (a) a common wiretap
  ___ (b) a common search warrant
  _X_ (c) activities that are part of the same alleged criminal event or transaction; that is, the cases involved substantially the same facts and the same questions of law.

DATED: 7/25/14

_[signature]_ Acting
LAURA E. DUFFY
United States Attorney

2